IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

JANE DOE, an individual,

    Plaintiff,

v.

GRAND VILLA OF NEW PORT RICHEY, l/b/n GV NEW PORT RICHEY, LLC, a Florida limited liability company, DFGV HOLDINGS, INC., a Florida for-profit corporation, & IND-ORMOND, INC., a Florida for-profit corporation,

    Defendants.

CASE NO. 2018-CA-2605-WS

DIVISION:  H

## **DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL**

Defendants hereby give notice that on November 30, 2020, Defendants filed and served a timely Notice of Removal, thereby removing this case from this Court to the United States District Court for the Middle District of Florida, Tampa Division.  A copy of the Notice of Removal is attached hereto as *Exhibit A*.

Respectfully submitted,

By: /s/ Tracey K. Jaensch
Tracey K. Jaensch, B.C.S.
Florida Bar No. 907057
Email: tjaensch@fordharrison.com
Viktoryia Johnson
Florida Bar No. 125545
Email: vjohnson@fordharrison.com
Cymoril M. White
Florida Bar No.: 1019025
Email: cwhite@fordharrison.com
FORD & HARRISON LLP
101 E. Kennedy Boulevard, Suite 900
Tampa, FL  33602-5133
Tel: (813) 261-7800

Attorneys for Defendants

**EXHIBIT 4**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2020, I filed the foregoing with the Clerk of Court using the Florida Court's E-filing Portal, which will send a true and correct copy via electronic mail to:

| | |
|---|---|
| David Knox, Esq. | Gregory L. Henderson, Esq. |
| Leighton Leib, Esq. | Law Office of Gregory L. Henderson, Jr. |
| Knox Leib, PLLC | 420 W. Platt Street |
| 420 W. Platt Street | Tampa, FL 33606 |
| Tampa, FL 33606 | greg@greghendersonlaw.com |
| dknox@knoxleib.com | |
| lleib@knoxleib.com | |

/s/ Tracey K. Jaensch
Attorney

WSACTIVELLP:11896881.1